Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**COLAKOGLU METALURJI A.S. & COLAKOGLU DIS TICARET A.S.**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S**
**Court No. 26-3451**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Colakoglu Metalurji A.S. & Colakoglu Dis Ticaret A.S. ("Colakglu") are foreign producers of the subject merchandise. Colakoglu actively participated in the underlying countervailing duty proceeding and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, they have standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).
(Name and standing of plaintiff)

2. Plaintiffs contest certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Steel Concrete Reinforcing Bar From the Republic of Turkiye: Final Results of Countervailing Duty Administrative Review; 2023,* 91 Fed. Reg. 39985 (Dep't Commerce July 1, 2026).
(Brief description of contested determination)

3. The contested final countervailing duty results were issued by the Department of Commerce on June 25, 2026.
(Date of determination)

4. The final countervailing duty results were published on July 1, 2026.
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jessica R. DiPietro
Signature of Plaintiff's Attorney

July 31, 2026
Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jessica R. DiPietro
ArentFox Schiff LLP
1717 K Street, NW
Washington, D.C. 20006
202-350-3622
Jessica.DiPietro@afslaw.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)